**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Kanzler Landscape Contractor, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-3660506** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |

Principal place of business:

**30846 N. Highway 12**
**Round Lake, IL 60073**
Number, Street, City, State & ZIP Code

**Lake**
County

Mailing address:
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**30846 N. Highway 12 Round Lake, IL 60073**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Kanzler Landscape Contractor, Inc.**
_____ Name _____   Case number (_if known_) _____

**7.** **Describe debtor's business**   A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. _Check all that apply_

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   _Check one:_

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. _Check all that apply_:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **James J. Kanzler** _____   Relationship   **Owner** _____

District   **Northern District of Illinois Eastern Division** _____   When _____   Case number, if known _____

Debtor    **Kanzler Landscape Contractor, Inc.**                                    Case number (*if known*) _____

_____Name_____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** ***this district?*** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Kanzler Landscape Contractor, Inc.** _____      Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 18, 2017**
MM / DD / YYYY

X **/s/ James Kanzler** _____       **James Kanzler** _____
Signature of authorized representative of debtor       Printed name

Title   **President** _____

**18. Signature of attorney**

X **/s/ Lester A. Ottenheimer III** _____       Date   **December 18, 2017** _____
Signature of attorney for debtor       MM / DD / YYYY

**Lester A. Ottenheimer III 3127572**
Printed name

**Ottenheimer Law Group, LLC**
Firm name

**750 Lake Cook Road**
**Suite 290**
**Buffalo Grove, IL 60089**
Number, Street, City, State & ZIP Code

Contact phone   **847-520-9400**       Email address   **lottenheimer@olawgroup.com**

**3127572**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Kanzler Landscape Contractor, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 18, 2017**    *X* **/s/ James Kanzler**
                                    Signature of individual signing on behalf of debtor

                                      **James Kanzler**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Kanzler Landscape Contractor, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acoustic Associates, Ltd. c/o DiMonte & Lizak, LLC 216 Higgins Road Park Ridge, IL 60068** | | | | | | **$27,194.51** |
| **All American Services P.O. Box 771 Prospect Heights, IL 60070** | | **Corporate debt** | | | | **$8,060.00** |
| **AmTrust North America Technology Insurance Company P.O. Box 931147 Atlanta, GA 31193-1147** | | **Insurance services** | | | | **$4,080.00** |
| **Caterpillar Financial Commercial c/o Alternative Collections, LLC 1140 Wehrle Dr Williamsville, NY 14221** | | **Corporate debt** | | | | **$5,390.57** |
| **Dan Shapiro Law, LLC c/o Egan & Alaily LLC 321 North Clark Street, Ste. 1430 Chicago, IL 60654** | | **Legal services** | **Disputed** | | | **$29,344.88** |
| **DeWald Law Group, P.C. 1237 S. Arlington Heights Road Arlington Heights, IL 60005** | | **Legal services** | | | | **$4,475.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Kanzler Landscape Contractor, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **First Insurance Funding 450 Skokie Blvd. Suite 1000 Northbrook, IL 60062-7917** | | **Insurance services** | | | | **$3,563.79** |
| **First Midwest Bank c/o Chuhak & Tecson 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606** | | **2006 Chevy Pickup** | | **$3,000.00** | **$3,000.00** | **$3,000.00** |
| **First Midwest Bank c/o Chuhak & Tecson 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606** | | **1986 Mack Semi** | | **$1,700,000.00** | **$7,500.00** | **$1,692,500.00** |
| **HMO Illinois Healthcare Care Service Corporation 25550 Network Place Chicago, IL 60673-1255** | | **Insurance services** | | | | **$5,872.14** |
| **Kyle Kanzler 30849 N. Highway 12 Round Lake, IL 60073** | | **Wages** | | | | **$187,200.00** |
| **Kyle Kanzler 30849 N. Highway 12 Round Lake, IL 60073** | | **Loan** | | | | **$50,000.00** |
| **Marchris Engineering, Ltd. c/o DiMonte & Lizak, LLC 216 Higgins Road Park Ridge, IL 60068** | | | | | | **$7,916.31** |
| **Patten Industries c/o Johnson Westra Broeker, et. al. 370 S. Schmale Road Carol Stream, IL 60188** | | **Corporte debt** | | | | **$33,999.56** |

Debtor **Kanzler Landscape Contractor, Inc.**
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Patten Industries Inc.**<br>**75 Remittance Drive**<br>**Dept. 3173**<br>**Chicago, IL**<br>**60675-3173** | | **Corporate debt** | | | | **$26,192.81** |
| **Pekin Insurance Company**<br>**c/o Caine & Weiner**<br>**1699 East Woodfield Road, Suite 360**<br>**Schaumburg, IL 60173** | | **Insurance services** | | | | **$11,939.00** |
| **R & L Truck Service, Inc.**<br>**39935 Prairieview Drive**<br>**Wadsworth, IL 60083** | | **Corporate debt** | | | | **$40,000.00** |
| **Riverside Reclamation, Inc.**<br>**c/o Thomas J. Laz**<br>**608 S. Washington, #207**<br>**Naperville, IL 60540** | | **Services** | | | | **$75,000.00** |
| **Riverwood Venture**<br>**c/o Jason Sherwood**<br>**218 N. Jefferson Street, #401**<br>**Chicago, IL 60661** | | **Breach of contract** | **Disputed** | | | **$350,000.00** |
| **Robbins Solomon & Patt LTD**<br>**180 N. LaSalle Street**<br>**Suite 3300**<br>**Chicago, IL 60601** | | **Corporate debt** | | | | **$8,112.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Kanzler Landscape Contractor, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................    $               0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................    $      3,261,376.01

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................    $      3,261,376.01

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $      1,800,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $      187,200.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      707,000.31

4.  Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b

   $      2,694,200.31

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Kanzler Landscape Contractor, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **MB Financial Bank** | **Checking** | **7398** | **$1,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $1,000.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **1,055,876.01** | - **0.00** = .... | **$1,055,876.01** |
| | face amount | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Kanzler Landscape Contractor, Inc.**                          Case number *(If known)* _____

Name

| 11a. 90 days old or less: | **480,000.00** | - | **0.00** | = .... | **$480,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **350,000.00** | - | **0.00** | = .... | **$350,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                     | **$1,885,876.01** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Top soil** | | **$25,000.00** | **Retail cost** | **$25,000.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Recrushed concrete** | | **$75,000.00** | **Retail** | **$75,000.00** |
| 22. | **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**                                                     | **$100,000.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Kanzler Landscape Contractor, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="4"><b>Part 7:</b>　Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** **10 workstations** | $1,500.00 | Auction Value | $1,500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **3 computers, 1 copy machine, printer and fax** | $1,000.00 | Auction value | $1,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $2,500.00 |
| --- | --- | --- |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

<table>
<tr><td colspan="4"><b>Part 8:</b>　Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.  **1986 Mack Semi** | $7,500.00 | Comparable sale | $7,500.00 |
| | 47.2.  **1987 Mack Semi** | $12,000.00 | Online | $12,000.00 |
| | 47.3.  **1988 Mack Semi** | $20,000.00 | Online | $20,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor   **Kanzler Landscape Contractor, Inc.**                                   Case number *(If known)* _____
         _____
         Name

| | | | | |
|---|---|---|---|---|
| 47.4. | **1988 Mack Semi** | **$13,000.00** | Online | **$13,000.00** |
| 47.5. | **1990 Executive RV** | **$8,500.00** | Online | **$8,500.00** |
| 47.6. | **1991 Mack Truck** | **$16,000.00** | Online | **$16,000.00** |
| 47.7. | **1993 Chevy Kodiak** | **$3,000.00** | Online | **$3,000.00** |
| 47.8. | **1993 GMC ST Sweeper** | **$5,000.00** | Onlin | **$5,000.00** |
| 47.9. | **1995 GMC 2T Chassy** | **$35,000.00** | Online | **$35,000.00** |
| 47.10. | **1996 Chevy GMT-400** | **$3,000.00** | Online | **$3,000.00** |
| 47.11. | **2000 Peterbilt Semi** | **$20,000.00** | online | **$20,000.00** |
| 47.12. | **2001 Chevy 3500HD Pick-up** | **$1,500.00** | online | **$1,500.00** |
| 47.13. | **2006 Chevy Pickup** | **$3,000.00** | | **$3,000.00** |
| 47.14. | **1992 Hilbilt trailer** | **$4,000.00** | Comparable | **$4,000.00** |
| 47.15. | **1987 Hilbilt Trailer** | **$4,000.00** | Comparable | **$4,000.00** |
| 47.16. | **1989 Hilbilt Trailer** | **$4,000.00** | Comparable | **$4,000.00** |
| 47.17. | **1997 Dynaweld Trailer** | **$25,000.00** | Comparable | **$25,000.00** |
| 47.18. | **1997 Wells Cargo** | **$1,500.00** | Comparable | **$1,500.00** |
| 47.19. | **1998 Redi Haul Trailer** | **$1,500.00** | Comparable | **$1,500.00** |
| 47.20. | **1994 Caterpillar IT18F Loader** | **$5,000.00** | Comparable | **$5,000.00** |
| 47.21. | **1994 Caterpillar IT24** | **$4,000.00** | Comparable | **$4,000.00** |

Debtor    **Kanzler Landscape Contractor, Inc.**                                Case number *(If known)*  _____
                   Name

| 47.22. | **1994 Caterpillar IT28** | $15,000.00 | Comparable | $15,000.00 |
|---|---|---|---|---|
| 47.23. | **Caterpillar 289D Skidsteer** | $5,000.00 | Comparable | $5,000.00 |
| 47.24. | **1994 Caterpillar 928** | $15,000.00 | Comparable | $15,000.00 |
| 47.25. | **2007 Caterpillar 930G Rubber Tire LD** | $65,000.00 | Comparable | $65,000.00 |
| 47.26. | **Caterpillar 953** | $40,000.00 | Comparable | $40,000.00 |
| 47.27. | **1994 Caterpillar 963** | $40,000.00 | Comparable | $40,000.00 |
| 47.28. | **1995 Caterpillar 973** | $20,000.00 | Comparable | $20,000.00 |
| 47.29. | **1987 Dresser 55OC** | $10,000.00 | Comparable | $10,000.00 |
| 47.30. | **1995 Caterpillar 325** | $15,000.00 | Comparable | $15,000.00 |
| 47.31. | **1985 Caterpillar D3 Dozer** | $10,000.00 | Comparable | $10,000.00 |
| 47.32. | **1996  Caterpillar D5C III Dozer** | $10,000.00 | Comparable | $10,000.00 |
| 47.33. | **1997 Caterpillar 815 Compactor** | $20,000.00 | Comparable | $20,000.00 |
| 47.34. | **Ingersoll SD100D Roller** | $20,000.00 | Comparable | $20,000.00 |
| 47.35. | **Extec 5000 Pulverizer** | $30,000.00 | Comparable | $30,000.00 |
| 47.36. | **Extec Double Screener** | $30,000.00 | Comparable | $30,000.00 |
| 47.37. | **1988 Hilbilt Trailer** | $5,000.00 | Comparable | $5,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Kanzler Landscape Contractor, Inc.**                              Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| | **Miscellaneous shopt tools, welders, saws and compressors** | **$25,000.00** | **$25,000.00** |

51.    **Total of Part 8.**                                                    **$571,500.00**

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  |
|---|---|
| | **Current value of debtor's interest** |
| 71.    **Notes receivable** Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **JLMJ** | **$200,000.00** |
| **Nature of claim** **Amount requested** **$200,000.00** | |

75.    **Other contingent and unliquidated claims or causes of action of**

Debtor    **Kanzler Landscape Contractor, Inc.**                                    Case number *(If known)* _____
          Name

**every nature, including counterclaims of the debtor and rights to
set off claims**

**Flannigan**                                                                                        **$500,000.00**

Nature of claim          _____
Amount requested                      **$500,000.00**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Miscellaneous hand tools, shop tools and power tools.**                                     **$500.00**

---

78.    **Total of Part 11.**                                                          | **$700,500.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Kanzler Landscape Contractor, Inc.**                      Case number *(If known)*
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,885,876.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $100,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $571,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $700,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,261,376.01 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,261,376.01 |

**Fill in this information to identify the case:**

Debtor name **Kanzler Landscape Contractor, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   Ally Financial**<br>Creditor's Name<br><br>**P.O. Box 8123**<br>**Cockeysville, MD 21030**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2015 Chevy Silverado**<br><br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,000.00** | **$18,000.00** |
| **2.2   First Midwest Bank**<br>Creditor's Name<br><br>**c/o Chuhak & Tecson**<br>**30 S. Wacker Drive, Suite 2600**<br>**Chicago, IL 60606**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**1987 Mack Semi**<br><br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$0.00** | **$12,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Kanzler Landscape Contractor, Inc. | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Midwest Bank** | Describe debtor's property that is subject to a lien | $0.00 | $13,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1988 Mack Semi** | | |

**c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **First Midwest Bank** | Describe debtor's property that is subject to a lien | $0.00 | $8,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **1990 Executive RV** | | |

**c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **First Midwest Bank** | Describe debtor's property that is subject to a lien | $0.00 | $16,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1991 Mack Truck** | | |

**c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606**
Creditor's mailing address

**Describe the lien**

---

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page 2 of 6

Debtor    **Kanzler Landscape Contractor, Inc.**    Case number *(if know)*
Name

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **First Midwest Bank** | **Describe debtor's property that is subject to a lien** | $0.00 | $3,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1993 Chevy Kodiak** | | |
| | **c/o Chuhak & Tecson 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 | **First Midwest Bank** | **Describe debtor's property that is subject to a lien** | $0.00 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1995 GMC 2T Chassy** | | |
| | **c/o Chuhak & Tecson 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Kanzler Landscape Contractor, Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **First Midwest Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$20,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Chuhak & Tecson**
**30 S. Wacker Drive, Suite 2600**
**Chicago, IL 60606**

Creditor's mailing address

**2000 Peterbilt Semi**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **First Midwest Bank** | Describe debtor's property that is subject to a lien | **$3,000.00** | **$3,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Chuhak & Tecson**
**30 S. Wacker Drive, Suite 2600**
**Chicago, IL 60606**

Creditor's mailing address

**2006 Chevy Pickup**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **First Midwest Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$1,500.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Chuhak & Tecson**
**30 S. Wacker Drive, Suite 2600**
**Chicago, IL 60606**

Creditor's mailing address

**1997 Wells Cargo**

Describe the lien

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Kanzler Landscape Contractor, Inc.**                                   Case number (if know)
_____
Name

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **First Midwest Bank** | **Describe debtor's property that is subject to a lien** | $1,700,000.00 | $7,500.00 |

Creditor's Name

**c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606**
Creditor's mailing address

**1986 Mack Semi**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Gibraltar Captial Advance, LLC** | **Describe debtor's property that is subject to a lien** | $79,000.00 | $79,000.00 |

Creditor's Name

**600 West Jackson Blvd.
Suite 750
Chicago, IL 60661**
Creditor's mailing address

**Receivables**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor   **Kanzler Landscape Contractor, Inc.**                    Case number (if know) _____
         _____
         Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                               ☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $1,800,000.00 |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name __**Kanzler Landscape Contractor, Inc.**_____

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187,200.00** | **$12,850.00** |
|---|---|---|---|---|

**Kyle Kanzler**
**30849 N. Highway 12**
**Round Lake, IL 60073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,194.51** |
|---|---|---|---|

**Acoustic Associates, Ltd.**
**c/o DiMonte & Lizak, LLC**
**216 Higgins Road**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.19** |
|---|---|---|---|

**Adams Steel Service, Inc.**
**2022 S. IL Route 31**
**McHenry, IL 60050-8211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __AN01_

Basis for the claim: __Corporate debt__

Is the claim subject to offset?   ■ No   ☐ Yes

| Debtor | **Kanzler Landscape Contractor, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,060.00 |
|---|---|---|---|

**All American Services**
**P.O. Box 771**
**Prospect Heights, IL 60070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **1238**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,080.00 |
|---|---|---|---|

**AmTrust North America**
**Technology Insurance Company**
**P.O. Box 931147**
**Atlanta, GA 31193-1147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,557.09 |
|---|---|---|---|

**Auto Owners Insurance**
**c/o Caine & Weiner**
**1699 East Woodfield Road, #360**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance services**

Last 4 digits of account number  **7057**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,422.70 |
|---|---|---|---|

**Capital One Bank (USA)**
**3451 Harry S. Truman Blvd.**
**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **8320**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,390.57 |
|---|---|---|---|

**Caterpillar Financial Commercial**
**c/o Alternative Collections, LLC**
**1140 Wehrle Dr**
**Williamsville, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **2290**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**CNA Surety Direct Bill**
**P.O. Box 957312**
**Saint Louis, MO 63195-7312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **4566**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29,344.88 |
|---|---|---|---|

**Dan Shapiro Law, LLC**
**c/o Egan & Alaily LLC**
**321 North Clark Street, Ste. 1430**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Kanzler Landscape Contractor, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.55**

**Dependable Fire Equipment**
**100 North Le Baron Street**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **5997**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,475.00**

**DeWald Law Group, P.C.**
**1237 S. Arlington Heights Road**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number  **5255**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,563.79**

**First Insurance Funding**
**450 Skokie Blvd.**
**Suite 1000**
**Northbrook, IL 60062-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance services**

Last 4 digits of account number  **2829**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.16**

**Go Daddy.com**
**Certegy Check Services, Inc.**
**P.O. Box 30272**
**Tampa, FL 33630-3272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **1938**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,872.14**

**HMO Illinois**
**Healthcare Care Service Corporation**
**25550 Network Place**
**Chicago, IL 60673-1255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance services**

Last 4 digits of account number  **0979**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$470.00**

**Illinois EPA**
**Fiscal Services, #2**
**P.O. Box 19276**
**Springfield, IL 62794-9276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **3AAW**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Insurance Services HQ LLC**
**3175 Commercial Avenue**
**Suite 200**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance services**

Last 4 digits of account number  **AN01**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Kanzler Landscape Contractor, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

Kyle Kanzler
30849 N. Highway 12
Round Lake, IL 60073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,567.50**

Land Technology, Inc.
3922 W. Main Street
McHenry, IL 60050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Corporate debt**

Last 4 digits of account number **5220**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,916.31**

Marchris Engineering, Ltd.
c/o DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$181.91**

Midwest Construction Products Corp.
17370 Alico Center Road
Fort Myers, FL 33967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Corporate debt**

Last 4 digits of account number **4636**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.02**

Midwest Hose and Fittings, Inc.
3218 N. Richmond Road
Unit B
Johnsburg, IL 60051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Corporate debt**

Last 4 digits of account number **7006**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

Nettleton Heavy Hauling
P.O. Box 307
Genoa City, WI 53128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Corporate debt**

Last 4 digits of account number **7156**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,161.50**

Network Printing
109 Alexandra Court
Mundelein, IL 60060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Corporate debt**

Last 4 digits of account number **N002**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kanzler Landscape Contractor, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,817.57**

**O'Reilly Automotive**
**c/o United Commercial Collections**
**4455 Genesee Street, Suite 116**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **1666**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$483.69**

**Operating Engineers Local 139**
**Health Benefit Fund**
**P.O. Box 160**
**Pewaukee, WI 53072-0160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Union contributions**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,999.56**

**Patten Industries**
**c/o Johnson Westra Broeker, et. al.**
**370 S. Schmale Road**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporte debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,192.81**

**Patten Industries Inc.**
**75 Remittance Drive**
**Dept. 3173**
**Chicago, IL 60675-3173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **8500**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,939.00**

**Pekin Insurance Company**
**c/o Caine & Weiner**
**1699 East Woodfield Road, Suite 360**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance services**

Last 4 digits of account number  **3454**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00**

**Permit Office - Lake County**
**Division of Transportation**
**600 W. Winchester Road**
**Libertyville, IL 60048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **4017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00**

**R & L Truck Service, Inc.**
**39935 Prairieview Drive**
**Wadsworth, IL 60083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Kanzler Landscape Contractor, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**3.31** Nonpriority creditor's name and mailing address
Riverside Reclamation, Inc.
c/o Thomas J. Laz
608 S. Washington, #207
Naperville, IL 60540

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

**3.32** Nonpriority creditor's name and mailing address
Riverwood Venture
c/o Jason Sherwood
218 N. Jefferson Street, #401
Chicago, IL 60661

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

**$350,000.00**

---

**3.33** Nonpriority creditor's name and mailing address
Robbins Solomon & Patt LTD
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601

Date(s) debt was incurred _
Last 4 digits of account number  **1850**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,112.00**

---

**3.34** Nonpriority creditor's name and mailing address
Soil and Material Consultants, Inc.
8 West College Drive
Arlington Heights, IL 60004

Date(s) debt was incurred _
Last 4 digits of account number  **3359**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corpate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.35** Nonpriority creditor's name and mailing address
Sprint
c/o GC Services Limted Partnership
6330 Gulfton
Houston, TX 77081

Date(s) debt was incurred _
Last 4 digits of account number  **0092**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cellular services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,444.39**

---

**3.36** Nonpriority creditor's name and mailing address
Verde Recycling, Inc.
BoxCo, Inc.
3 Golf Center, #290
Hoffman Estates, IL 60169

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,275.00**

---

**3.37** Nonpriority creditor's name and mailing address
Walmart
c/o FMS
P.O. Box 707600
Tulsa, OK 74170-7900

Date(s) debt was incurred _
Last 4 digits of account number  **5062**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$809.38**

Debtor    **Kanzler Landscape Contractor, Inc.**

Case number (if known) _____

Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $593.09 |

**Windham Professionals, Inc.**
**382 Main Street**
**Salem, NH 03079-2412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Waste Management**

Last 4 digits of account number  **6871**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Complete Payment Recovery Services**<br>**3500 5th Street**<br>**Northport, AL 35476** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | **1938** |
| 4.2 | **Complete Payment Recovery Services**<br>**P.O. Box 30031**<br>**Tampa, FL 33630-3031** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 187,200.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 707,000.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 894,200.31 |

**Fill in this information to identify the case:**

Debtor name    **Kanzler Landscape Contractor, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
|        State the term remaining | **Acoustic Associates, Ltd.** |
|        List the contract number of any government contract | **c/o DiMonte & Lizak, LLC** |
|        |  **216 Higgins Road** |
|        | **Park Ridge, IL 60068** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Engineering services** |
|        State the term remaining | **Marchris Engineering, Ltd.** |
|        List the contract number of any government contract | **c/o DiMonte & Lizak, LLC** |
|        | **216 Higgins Road** |
|        | **Park Ridge, IL 60068** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of eqiupment** |
|        State the term remaining | **Patten Industries** |
|        List the contract number of any government contract | **c/o Johnson Westra Broeker, et. al.** |
|        | **370 S. Schmale Road** |
|        | **Carol Stream, IL 60188** |

**Fill in this information to identify the case:**

Debtor name    **Kanzler Landscape Contractor, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **James J. Kanzler** | **30846 N. Highway 12 Volo, IL 60073** | **Capital One Bank (USA)** | ☐ D ____ <br> ■ E/F __3.6__ <br> ☐ G ____ |
| 2.2 | **James J. Kanzler** | **30846 N. Highway 12 Volo, IL 60073** | **First Midwest Bank** | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | **James J. Kanzler** | **30846 N. Highway 12 Volo, IL 60073** | **First Midwest Bank** | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | **James J. Kanzler** | **30846 N. Highway 12 Volo, IL 60073** | **First Midwest Bank** | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | **James J. Kanzler** | **30846 N. Highway 12 Volo, IL 60073** | **First Midwest Bank** | ■ D __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |

| Debtor | **Kanzler Landscape Contractor, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **James J. Kanzler** <br> **30846 N. Highway 12** <br> **Volo, IL 60073** | **First Midwest Bank** | ■ D __2.6__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.7 | **James J. Kanzler** <br> **30846 N. Highway 12** <br> **Volo, IL 60073** | **First Midwest Bank** | ■ D __2.7__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.8 | **James J. Kanzler** <br> **30846 N. Highway 12** <br> **Volo, IL 60073** | **First Midwest Bank** | ■ D __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.9 | **James J. Kanzler** <br> **30846 N. Highway 12** <br> **Volo, IL 60073** | **First Midwest Bank** | ■ D __2.9__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.10 | **James J. Kanzler** <br> **30846 N. Highway 12** <br> **Volo, IL 60073** | **First Midwest Bank** | ■ D __2.10__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.11 | **James J. Kanzler** <br> **30846 N. Highway 12** <br> **Volo, IL 60073** | **First Midwest Bank** | ■ D __2.11__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.12 | **James J. Kanzler** <br> **30846 N. Highway 12** <br> **Volo, IL 60073** | **Riverside Reclamation, Inc.** | ☐ D ____ <br> ■ E/F __3.31__ <br> ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Kanzler Landscape Contractor, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$595,404.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,481,575.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$3,000,008.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Kanzler Landscape Contractor, Inc.**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Operating Enigneers<br>Union** | | $122,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Patten Industries, Inc.<br>v.<br>Kanzler Landscaping<br>16 AR 519** | **Civil** | **Circuit Court of DuPage County, Illinois<br>18th Judicial Circuit<br>505 N. County Farm Road<br>Wheaton, IL 60189** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Marchris Engineering, Ltd., et. al.<br>v.<br>Kanzler, et. al.<br>16 L 815** | **Civil** | **Circuit Court of Lake County, Illinois<br>19th Judicial Circuit<br>18 N. County Street<br>Waukegan, IL 60085** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Kanzler Landscape Contractor, Inc.**                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **Dan Shapiro Law, LLC**<br>**v.**<br>**Kanzler**<br>**2017 M1 177486** | **Civil** | **Circuit Court of Cook County, Illinois**<br>**1st Municipal Dsitrict**<br>**50 W. Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **First Midwest Bank**<br>**v.**<br>**Kanzler, et. al.**<br>**17 CH 819** | **Civil** | **Circuit Court of Lake County, Illinois**<br>**19th Judicial Circuit**<br>**18 N. County Street**<br>**Waukegan, IL 60085** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **Kanzler Landscape Contractor**<br>**v.**<br>**Riverwood Venture**<br>**17 L 1650** | **Civil** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.  **Riverside Reclamation**<br>**v.**<br>**Kanzler Landscape**<br>**14 L 1454** | **Civil** | **Cook County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
    |---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **Kanzler Landscape Contractor, Inc.**                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Ottenheimer Law Group, LLC 750 Lake Cook Road Suite 290 Buffalo Grove, IL 60089** | **Attorney Fees held in firm's Client Trust Account** | **October, 2017** | **$10,000.00** |
| **Email or website address lottenheimer@olawgroup.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Kyle Kanzler 30849 N. Highway 12 Round Lake, IL 60073** | **Equipment transferred in partial satisfaction of money due.** | | **$15,000.00** |
| **Relationship to debtor Son** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor   **Kanzler Landscape Contractor, Inc.**                                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **Kanzler Landscape Contractor, Inc.**                    Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Frank Costible Rolling Meadows, IL 60008** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

Debtor    **Kanzler Landscape Contractor, Inc.**                                    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Frank Costible**<br>**Rolling Meadows, IL 60008** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **First Midwest Bank** |
| 26d.2.   **Gilbralter** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   **James J. Kanzler**<br>**30846 N. Highway 12**<br>**Volo, IL 60073** | **$50,000** | | **Salary** |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **Kanzler Landscape Contractor, Inc.**                    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2017**

**/s/ James Kanzler**                                 **James Kanzler**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kanzler Landscape Contractor, Inc.** _____   Case No. _____
Debtor(s)   Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **10,000.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 18, 2017** _____    **/s/ Lester A. Ottenheimer III** _____
*Date*    **Lester A. Ottenheimer III 3127572**
    *Signature of Attorney*
    **Ottenheimer Law Group, LLC**
    **750 Lake Cook Road**
    **Suite 290**
    **Buffalo Grove, IL 60089**
    **847-520-9400  Fax: 847-520-9410**
    **lottenheimer@olawgroup.com** _____
    *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kanzler Landscape Contractor, Inc.**                     Case No. _____

                                    Debtor(s)           Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 18, 2017**                     Signature   **/s/ James Kanzler**

                                                **James Kanzler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re　**Kanzler Landscape Contractor, Inc.**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　Chapter　**11**　_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **53**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 18, 2017** _____　　　**/s/ James Kanzler** _____

　　　　　　　　　　　　　　　　　　　　　　**James Kanzler**/**President**
　　　　　　　　　　　　　　　　　　　　　　Signer/Title

Acoustic Associates, Ltd.
c/o DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068


Adams Steel Service, Inc.
2022 S. IL Route 31
McHenry, IL 60050-8211


All American Services
P.O. Box 771
Prospect Heights, IL 60070


Ally Financial
P.O. Box 8123
Cockeysville, MD 21030


AmTrust North America
Technology Insurance Company
P.O. Box 931147
Atlanta, GA 31193-1147


Auto Owners Insurance
c/o Caine & Weiner
1699 East Woodfield Road, #360
Schaumburg, IL 60173


Capital One Bank (USA)
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Caterpillar Financial Commercial
c/o Alternative Collections, LLC
1140 Wehrle Dr
Williamsville, NY 14221


CNA Surety Direct Bill
P.O. Box 957312
Saint Louis, MO 63195-7312


Complete Payment Recovery Services
3500 5th Street
Northport, AL 35476

```
Complete Payment Recovery Services
P.O. Box 30031
Tampa, FL 33630-3031


Dan Shapiro Law, LLC
c/o Egan & Alaily LLC
321 North Clark Street, Ste. 1430
Chicago, IL 60654


Dependable Fire Equipment
100 North Le Baron Street
Waukegan, IL 60085


DeWald Law Group, P.C.
1237 S. Arlington Heights Road
Arlington Heights, IL 60005


First Insurance Funding
450 Skokie Blvd.
Suite 1000
Northbrook, IL 60062-7917


First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
```

First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


First Midwest Bank
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


Gibraltar Captial Advance, LLC
600 West Jackson Blvd.
Suite 750
Chicago, IL 60661


Go Daddy.com
Certegy Check Services, Inc.
P.O. Box 30272
Tampa, FL 33630-3272


HMO Illinois
Healthcare Care Service Corporation
25550 Network Place
Chicago, IL 60673-1255


Illinois EPA
Fiscal Services, #2
P.O. Box 19276
Springfield, IL 62794-9276

Insurance Services HQ LLC
3175 Commercial Avenue
Suite 200
Northbrook, IL 60062


Kyle Kanzler
30849 N. Highway 12
Round Lake, IL 60073


Kyle Kanzler
30849 N. Highway 12
Round Lake, IL 60073


Land Technology, Inc.
3922 W. Main Street
McHenry, IL 60050


Marchris Engineering, Ltd.
c/o DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068


Midwest Construction Products Corp.
17370 Alico Center Road
Fort Myers, FL 33967


Midwest Hose and Fittings, Inc.
3218 N. Richmond Road
Unit B
Johnsburg, IL 60051


Nettleton Heavy Hauling
P.O. Box 307
Genoa City, WI 53128


Network Printing
109 Alexandra Court
Mundelein, IL 60060


O'Reilly Automotive
c/o United Commercial Collections
4455 Genesee Street, Suite 116
Buffalo, NY 14225

Operating Engineers Local 139
Health Benefit Fund
P.O. Box 160
Pewaukee, WI 53072-0160


Patten Industries
c/o Johnson Westra Broeker, et. al.
370 S. Schmale Road
Carol Stream, IL 60188


Patten Industries Inc.
75 Remittance Drive
Dept. 3173
Chicago, IL 60675-3173


Pekin Insurance Company
c/o Caine & Weiner
1699 East Woodfield Road, Suite 360
Schaumburg, IL 60173


Permit Office - Lake County
Division of Transportation
600 W. Winchester Road
Libertyville, IL 60048


R & L Truck Service, Inc.
39935 Prairieview Drive
Wadsworth, IL 60083


Riverside Reclamation, Inc.
c/o Thomas J. Laz
608 S. Washington, #207
Naperville, IL 60540


Riverwood Venture
c/o Jason Sherwood
218 N. Jefferson Street, #401
Chicago, IL 60661


Robbins Solomon & Patt LTD
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601

Soil and Material Consultants, Inc.
8 West College Drive
Arlington Heights, IL 60004


Sprint
c/o GC Services Limted Partnership
6330 Gulfton
Houston, TX 77081


Verde Recycling, Inc.
BoxCo, Inc.
3 Golf Center, #290
Hoffman Estates, IL 60169


Walmart
c/o FMS
P.O. Box 707600
Tulsa, OK 74170-7900


Windham Professionals, Inc.
382 Main Street
Salem, NH 03079-2412

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kanzler Landscape Contractor, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kanzler Landscape Contractor, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 18, 2017**

Date

**/s/ Lester A. Ottenheimer III**

**Lester A. Ottenheimer III 3127572**

Signature of Attorney or Litigant

Counsel for   **Kanzler Landscape Contractor, Inc.**

**Ottenheimer Law Group, LLC**

**750 Lake Cook Road**
**Suite 290**
**Buffalo Grove, IL 60089**
**847-520-9400 Fax:847-520-9410**
**lottenheimer@olawgroup.com**