IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| KANZLER LANDSCAPE CONTRACTOR, INC. | ) | |
| | ) | CASE NO. 17-37355 |
| | ) | |
| Debtor-in-Possession, | ) | JUDGE LASHONDA A. HUNT |
| | ) | |
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| JAMES J. KANZLER, | ) | |
| | ) | CASE NO. 17-37377 |
| | ) | |
| Debtor-in-Possession, | ) | JUDGE LASHONDA A. HUNT |
| | ) | |

## NOTICE OF OBJECTION TO CLAIM

TO:  See Attached Service List

PLEASE TAKE NOTICE that, on the 6th day of June 2018, at the hour of 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt or any judge sitting instead, in the courtroom usually occupied by her in Room 719 at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **OBJECTION TO CLAIM NUMBER 7-1**, a copy of which was previously served upon you, at which time you may appear if you so desire.

KANZLER LANDSCAPE CONTRACTOR, INC
JAMES J. KANZLER

By:____/s/ Lester A. Ottenheimer_____
　　Lester A. Ottenheimer III

Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 290
Buffalo Grove, Illinois 60089
(847) 520-9400

## CERTIFICATE AND AFFIDAVIT OF DELIVERY

I, an attorney, state that a true copy of the attached pleading was electronically filed with the United States Bankruptcy Court and electronically transmitted to the Trustee and the Office of the Trustee and to all of the creditors on the attached Service List via U.S. Mail at the addresses shown before 5:00 p.m. this 31st day of June 2018.

　　　　　　　　　　　　　/s/ Lester A. Ottenheimer, III
　　　　　　　　　　　　　Lester A. Ottenheimer III

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| KANZLER LANDSCAPE CONTRACTOR, INC. | ) | |
| | ) | CASE NO. 17-37355 |
| | ) | |
| Debtor-in-Possession, | ) | JUDGE LASHONDA A. HUNT |
| | ) | |
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| JAMES J. KANZLER, | ) | |
| | ) | CASE NO. 17-37377 |
| | ) | |
| Debtor-in-Possession, | ) | JUDGE LASHONDA A. HUNT |
| | ) | |

## DEBTORS' OBJECTION TO CLAIM 7-1

Debtor/Debtor-in-Possession Kanzler Landscape Contractor, Inc. ("Kanzler") by counsel Ottenheimer Law Group, LLC by Lester A. Ottenheimer, III and herewith objects to Claim Number 7-1 of Riverwoods Land Venture, LLC and in support thereof states as follows:

1.      Kanzler filed in Chapter 11 Bankruptcy on December 18, 2018.  The Debtor continues in the operation of its business.

2.      On March 28, 2018, Riverwoods Land Venture, LLC ("Riverwoods") filed its claim number 7-1 in the sum of $350,000.  A copy of the claim is attached hereto as Exhibit "A".

3.      Kanzler objects to the claim of Riverwoods, claim number 7-1 for the reason that it is not liable for any sums whatsoever to this creditor.

4.      In fact, in March 2017, Kanzler filed its complaint against Riverwoods seeking approximately $300,000.  It is identified as case number 17-L-1650 which is currently pending in the Circuit Court of Cook County.

5.      This Honorable Court previously entered an order allowing Lee DeWald of DeWald Law Group to represent the Debtor in connection with the State Court matter.

6.      Debtor wishes that this Court set the matter for hearing, or in the alternative, to allow the Debtor to continue to prosecute its claim and defend the claim in the State Court.

WHEREFORE Debtor/Debtor-in-Possession Kanzler Landscape Contractor, Inc. objects to Claim Number 7-1 of and requests that the Court sustain the Objection, for costs, and for all other just and proper relief.

> Kanzler Landscape Contractor, Inc. and
> James J. Kanzler, Individually
> Debtors/Debtors-in-Possession
>
>
> By: /s/ Lester A. Ottenheimer, III /s/
>           One of Its Attorneys

**DEBTOR'S COUNSEL**
Lester A. Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 290
Buffalo Grove, Illinois 60089
(847) 520-9400