IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| KANZLER LANDSCAPE CONTRACTOR, INC. ) | |
| ) | CASE NO. 17-37355 |
| ) | |
| Debtor-in-Possession, ) | JUDGE LASHONDA A. HUNT |
| IN RE: ) | |
| ) | CHAPTER 11 |
| JAMES J. KANZLER , ) | |
| ) | CASE NO. 17-37377 |
| ) | |
| Debtor-in-Possession, ) | JOINTLY ADMINISTERED |
| ) | |

**NOTICE OF FILING**

TO:   U.S. Trustee, 219 S. Dearborn, Room 873, Chicago, IL 60604

PLEASE TAKE NOTICE that, on the 1st day of June 2018, there was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, the **DEBTORS' JOINT DISCLOSURE STATEMENT,** a copy of which is attached.

KANZLER LANDSCAPE CONTRACTOR, INC.
JAMES J. KANZLER

By**:**   /s/ Lester A. Ottenheimer, III
       Lester A. Ottenheimer III

Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 290
Buffalo Grove, Illinois 60089
(847) 520-9400

**CERTIFICATE AND AFFIDAVIT OF DELIVERY**

I, an attorney, state that a true copy of the attached pleading was electronically filed with the Clerk of the United States Bankruptcy Court and electronically transmitted to the Office of the U.S. Trustee before 5:45 p.m. this 21st day of May 2018.

/s/ Lester A. Ottenheimer, III/s/
Lester A. Ottenheimer III