UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-37377 |
| | ) | (Jointly Administered) |
| JAMES J. KANZLER | ) | Chapter:  11 |
| | ) | Honorable LaShonda A. Hunt |
| (Jointly administered with In re: Kanzler Landscape Contractor, Inc. (No. 17-37355)) | ) | |
| Debtor(s) | ) | |

### AGREED ORDER RETAINING RECEIVER UNDER 11 U.S.C. § 543(d)(1)

THIS MATTER coming before the Court by agreement of Kanzler Landscape Contractor, Inc., James J. Kanzler (collectively, "Debtors"), and First Midwest Bank, the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The state court receiver, Sandor Jacobson of Plante & Moran, PLLC, is retained and excused from compliance with the provisions of 11 U.S.C. § 543 as to the property commonly known as 30846 N. Highway 12, Round Lake, IL 60073, except the receiver shall provide regular reporting to this Court in the same manner and effect as the state court; and

2. This Order shall be without prejudice to the Debtors seeking turnover from the receiver by separate motion and order.

Enter: *LaShonda A. Ht*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: June 20, 2018

**Prepared by:**
Michael W. Debre (#6296197)
Chuhak & Tecson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
T: 312-855-4603 / mdebre@chuhak.com

Lester A. Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 290
Buffalo Grove, Illinois 60089
T: 847-520-9400 / lottenheimer@olawgroup.com

Rev: 20170105_bko