UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>KANZLER LANDSCAPE CONTRACTOR, INC.,<br><br>In RE:<br>JAMES J. KANZLER,<br>        Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-37355<br>(Jointly Administered)<br>Chapter: 11<br>Honorable LaShonda Hunt |

### ORDER OF DISMISSAL

This case is before the Court on a Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. 1112(b). After notice and a hearing, the Court orders as follows:

1. The case of Kanzler Landscape Contractor, Inc. and James J. Kanzler are dismissed; and

2. The Debtors shall pay the U. S. Trustee all fees owed, pursuant to 28 U.S.C. § 1930 and the Court retains jurisdiction to enforce collection of same.

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  July 05, 2018

**Prepared by:**

Ha M. Nguyen
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3320